Magistrate Judge James P. Donohue

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

JUL 27 2017

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | NO. MJ17-314 |
| The business known as Bai Tong Thai Restaurant located at 14804 NE 24th Street Redmond, Washington 98052 | MOTION TO SEAL SEARCH WARRANT AND RELATED MATERIALS |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and Susan M. Roe, Assistant United States Attorney, moves this Court for an Order sealing the Search Warrant, Application for Search Warrant and Affidavit of Special Agent Mark Pahnke, as well as this Motion and attendant Order. The government further requests that the Order prohibit disclosure of the existence of the Search Warrant which would jeopardize the ongoing federal investigation.

Federal courts are empowered to seal documents in appropriate circumstances. Cf. Fed. R. Crim. P. 6(e)(4) (sealing of indictments). It is well-settled that federal courts have inherent authority to control papers filed with the court, *United States v. Shryock*, 342 F.3d 948, 983 (9th Cir. 2003), including the power to seal affidavits filed with search warrants in appropriate circumstances. In *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989), the Court recognized that "information disclosed to the

MOTION TO SEAL SEARCH WARRANT AND RELATED MATERIALS - 1
USAO #2015R001180 (Restaurant-A2)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

may appropriately be exercised when disclosure of the affidavit would disclose facts that would interfere with an ongoing criminal investigation. *United States v. Napier*, 436 F.3d 1133, 1136 (9th Cir. 2006) (noting that a sealed search warrant protects the "government's interest in maintaining [the] integrity of ongoing criminal investigations and ensuring the safety of the informant").

In support of this request, the government submits that the Search Warrant documents detail an ongoing investigation into the possible criminal actions of the Pornchai Chaiseeha, Chadillada Lapangkura, and Bai Tong Group of restaurants, as well as the ongoing investigation into SmilePOS. The Government expects that the investigation will continue after the execution of the search warrant. Premature revelation of the details of the investigation may impede the investigation by encouraging the suspect to flee or destroy evidence and may limit the use of other investigative techniques. Therefore, the United States of America respectfully requests that the documents in this case be sealed until the earliest of the following: (a) two weeks following the unsealing of any charging document in a matter for which the warrants were issued; (b) two weeks following the closure of the investigation for which the warrants were issued; or (c) sixteen months following issuance of the warrant, unless the Court, upon motion of the government for good cause, orders an extension.

Dated this 27th day of July 2017.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

By: /s/ SUSAN M. ROE
SUSAN M. ROE
Assistant United States Attorney

MOTION TO SEAL SEARCH WARRANT AND RELATED MATERIALS - 2
USAO #2015R001180  (Residence, A-1)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970